## PERSON *v.* ELMBLAD.

APPEAL AND ERROR—PARTIES.
> Appeal is dismissed where appellant intervenors, the sole appellants, have no interest in the subject matter of the litigation, leave to appeal having been improvidently granted.

Appeal from Court of Appeals, Division 3, Lesinski, C. J., Burns and Holbrook, JJ., reversing Baraga; Brennan (Leo J.), J. Submitted October 5, 1966. (Docket No. 51,339, Calendar No. 3.) Decided November 11, 1966.

1 Mich App 402, appeal dismissed.

Bill of Complaint by Agnes O. Person and others against Oscar Elmblad and others to quiet title and to enjoin cutting of timber. See 1 Mich App 402. Intervenors Sigrid A. von Zellen and Ernest A. von-Zellen appeal. Appeal dismissed.

*Baldwin & Kendricks* (*Robert M. Bordeau,* of counsel), for plaintiffs.

*Sigrid A. von Zellen* and *Ernest A. von Zellen, in propriis personis.*

PER CURIAM.
Appeal is dismissed as leave to appeal was improvidently granted to intervenors who have no interest in the subject matter of the litigation.

T. M. KAVANAGH, C. J., and DETHMERS, KELLY, BLACK, SOURIS, SMITH, O'HARA, and ADAMS, JJ., concurred.

---

REFERENCE FOR POINTS IN HEADNOTE
.4 Am Jur 2d, Appeal and Error §§ 172, 178, 180.